[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 21, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-11523

_____

D. C. Docket No. 05-21395-CV-PAS

GEORGE POWELL,
VILIAM KRALOVIC,
ANOUSHEH SARFARAZ,
MARK DONAHAY,
ERROL ROBINSON,
CARLOS BETANCOURT,
ALPHONSO MCINTYRE,
LUIS LOIZARO,
MIOMIR MAUSIMCEV,
ED MAZZEO,

                                            Plaintiffs-Appellants
                                            Cross-Appellees,


FRANCISCO RENGIFO,
OSCAR R. PEREZ,
JOHN JOSEPH HUMPHREYS,
WILHELM BRAGA PEREIRA,
JUAN C. ALBA,

                                            Plaintiffs-
                                            Counter-Defendants-
                                            Appellants
                                            Cross-Appellees,

ALVIN J. HARVARD, et al.,

                                                    Plaintiffs,

GLASSER, BORETH & KLEPPIN,

                                                    Interested-Party-
                                                    Appellant
                                                    Cross-Appellee,

                              versus

CAREY INTERNATIONAL, INC.,
a Delaware corporation qualified to
do business in the State of Florida,
CAREY LIMOUSINE FLORIDA, INC.,
a Delaware corporation qualified to
do business in Florida,

                                                    Defendants-
                                                    Counter-Claimants-
                                                    Appellees
                                                    Cross-Appellants,

VINCE WOLFINGTON, et al.,

                                                    Defendants.

_____

Appeals from the United States District Court
for the Southern District of Florida
_____

(April 21, 2009)

Before CARNES, HULL and COX, Circuit Judges.

PER CURIAM:

The appeal by the plaintiffs in this case raises a number of issues involving the district court's order awarding attorney's fees, and the cross-appeal questions the district court's order denying defendant's motion for sanctions. The standard of review applicable to all of the issues is abuse of discretion, and the discretion afforded the district court in these matters is considerable. We have read the briefs and the pertinent parts of the record, engaged counsel concerning the issues at oral argument, discussed the matters at some length among ourselves, and thoroughly considered all of the arguments. Having done so, we are convinced that the district court did not abuse its discretion in any of the actions that were raised in the appeal or cross-appeal.

AFFIRMED.